Submitted on record and brief November 22,
reversed and remanded December 22, 1982
See 64 Or App 335, 668 P2d 432 (1983)

GATES,
*Petitioner,*
*v.*
EMPLOYMENT DIVISION et al,
*Respondents.*
(No. 82-AB-628, No. A24861)
655 P2d 226

Elizabeth A. Trainor, and Tooze, Kerr, Marshall & Shenker, Portland, filed the brief for petitioner.

Christine L. Dickey, Assistant Attorney General, Salem, waived appearance for respondent Employment Division.

Paul D. Schultz, Oregon City, waived appearance for respondent Oregon City School District.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This is a denial of unemployment compensation benefits case. Under the facts found by the Employment Appeals Board, petitioner was entitled to benefits. *Giese v. Employment Division,* 27 Or App 929, 557 P2d 1354 (1977). The order denying benefits to petitioner is reversed and remanded for reconsideration.